**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOHN CHAVIS,**                                                            **PLAINTIFF**
**ADC #141259**

**v.**                     **Case No. 4:15-cv-00139-KGB-JTK**

**JONES, et al.**                                                     **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that plaintiff's complaint against defendants Franks, Lindsey Paxton, Dan Roberts, Earl Phillips, and the Arkansas Department of Correction is dismissed with prejudice, and defendant Jones is dismissed without prejudice. This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from the Order and Judgment dismissing this action will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

SO ADJUDGED this the 5th day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE